|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 |
| In Re:<br>    Stanley, Williams H.<br><br>    Anna, Williams M. |

**Order Filed on May 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 18-10495 ABA

Chapter: 13

Hearing Date: 5/29/18
Judge: Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

   **Land and premises commonly known as Lot , Block ,   1779 Hillside Dr, Cherry Hill NJ 08003**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley H. Williams  
Anna Marie Williams  
    Debtors

Case No. 18-10495-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db/jdb         Stanley H. Williams,    Anna Marie Williams,    1179 Hillside Drive,    Cherry Hill, NJ    08003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:

            Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Eric    Clayman     on behalf of Joint Debtor Anna Marie Williams jenkins.clayman@verizon.net  
            Eric    Clayman     on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net  
            Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Jeffrey E. Jenkins     on behalf of Joint Debtor Anna Marie Williams jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
            Jeffrey E. Jenkins     on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
            Kevin Gordon McDonald     on behalf of Creditor    HSBC Bank USA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Laura M. Egerman     on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 10