| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtors | **Order Filed on June 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>　　Stan and Annamarie Williams<br>　　　　Debtors | Case No.: 18-10495 ABA<br><br>Adv. No.:<br><br>Hearing Date: June 26, 2018, 10:00am<br><br>Judge:  Altenburg |

# ORDER ALLOWING ANNAMARIE WILLIAMS TO APPEAR AT FIRST MEETING OF CREDITORS BY TELEPHONE

　　The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: June 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of debtor's motion for an order allowing Stevi Thompson to appear at her first meeting of creditors by telephone and good cause appearing therefore, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Annamarie Williams may appear for her meeting of creditors by telephone in lieu of a personal appearance.

2. Jenkins & Clayman shall contact the Chapter 13 Trustee's office in order to arrange for an acceptable date and time of the meeting.

3. Jenkins & Clayman shall also provide a copy of Annamarie Williams' driver's license and social security card to the Chapter 13 Trustee's office.