| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtors |
| In Re:<br><br>Stan and Annamarie Williams<br>Debtors |

**Order Filed on June 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10495 ABA

Adv. No.:

Hearing Date: June 26, 2018, 10:00am

Judge: Altenburg

# ORDER ALLOWING ANNAMARIE WILLIAMS TO APPEAR AT FIRST MEETING OF CREDITORS BY TELEPHONE

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: June 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of debtor's motion for an order allowing Stevi Thompson to appear at her first meeting of creditors by telephone and good cause appearing therefore, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Annamarie Williams may appear for her meeting of creditors by telephone in lieu of a personal appearance.

2. Jenkins & Clayman shall contact the Chapter 13 Trustee's office in order to arrange for an acceptable date and time of the meeting.

3. Jenkins & Clayman shall also provide a copy of Annamarie Williams' driver's license and social security card to the Chapter 13 Trustee's office.

United States Bankruptcy Court
District of New Jersey

In re:
Stanley H. Williams
Anna Marie Williams
    Debtors

Case No. 18-10495-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 28, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
db/jdb         Stanley H. Williams,    Anna Marie Williams,    1179 Hillside Drive,    Cherry Hill, NJ   08003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Eric Clayman    on behalf of Joint Debtor Anna Marie Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Eric Clayman    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jeffrey E. Jenkins    on behalf of Joint Debtor Anna Marie Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Jeffrey E. Jenkins    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 10