Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−10495−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Stanley H. Williams                                     Anna Marie Williams
    dba Stan Williams Home Improvements        1179 Hillside Drive
    1179 Hillside Drive                                    Cherry Hill, NJ 08003
    Cherry Hill, NJ 08003

Social Security No.:
    xxx−xx−1653                                             xxx−xx−9383

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on July 12, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 12, 2018
JAN: bc

                                                                     Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10495-ABA
Stanley H. Williams                                                       Chapter 13
Anna Marie Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jul 12, 2018
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
```
db/jdb         Stanley H. Williams,    Anna Marie Williams,    1179 Hillside Drive,    Cherry Hill, NJ  08003
cr            +HSBC Bank USA, N.A.,    C/O Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave,    Suite 100,
               Boca Raton, FL 33487-2853
517269079     +Emergency Physician Associ of S. Jersey,    C/O ARS Account Resolution S,
               1643 Harrison PKWY Ste 100,    Fort Lauderdale, FL 33323-2857
517269080     +Financial Recoveries,    200 E Park Dr, Suite 100,    Mount Laurel, NJ 08054-1297
517269081     +HSBC Bank,   c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,
               Collingswood, NJ 08108-2812
517400566     +HSBC Bank USA, National Association, as Trustee,    C/O Nationstar Mortgage LLC dba,
               Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9096
517269083     +Kennedy Health,   c/o Financial Recoveries,    200 E. Park Drive,    Ste 100,
               Mount Laurel, NJ 08054-1297
517269084     +Kennedy Health System,    c/o Thomas & Cook,   57 Cooper St # 2,    Woodbury, NJ 08096-4650
517269085     +Midland Funding,    c/o Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
517319445     +Mr. Cooper,   c/o KML Law Group, PC,    216 Haddon Avenue,   Suite 406,
               Collingswood, NJ 08108-2812
517319446      Nationstar Mortgage,    PO Box 619063,   Dallas, TX  75261-9063
517269086     +Nationstar Mortgage,    PO BOX 619094,   Dallas, TX 75261-9094
517326875     +Retail Recovery Svc of NJ Inc,    c/o Barry I Siegel, Esq.,    631 East Palisade Avenue,
               Englewood Cliffs, NJ 07632-1803
517514054    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
517269087      State of New Jersey,    Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517269078     +E-mail/Text: banko@berkscredit.com Jul 12 2018 23:25:24     Dr. Louis Haenel,
               c/o Berks Credit & Collections,    900 Corporate Drive,   Reading, PA 19605-3340
517269082      EDI: IRS.COM Jul 13 2018 02:53:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517398698      EDI: RESURGENT.COM Jul 13 2018 02:53:00      LVNV Funding LLC C/O Resurgent Capital Services,
               PO BOX 10675,    Greenville, SC 29603-0675
517390158      EDI: RESURGENT.COM Jul 13 2018 02:53:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 6
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2018
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric  Clayman    on behalf of Joint Debtor Anna Marie Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Eric  Clayman    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Joint Debtor Anna Marie Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Jeffrey E. Jenkins    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor   HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                          TOTAL: 10