Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−10495−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stanley H. Williams | Anna Marie Williams |
| dba Stan Williams Home Improvements | 1179 Hillside Drive |
| 1179 Hillside Drive | Cherry Hill, NJ 08003 |
| Cherry Hill, NJ 08003 | |

Social Security No.:
  xxx−xx−1653                                     xxx−xx−9383

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 11, 2018</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                  Judge, United States Bankruptcy Court